# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CARL REITHER,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-01333-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

On November 29, 2023, the parties submitted a stipulated motion to extend the deadline to file Plaintiff's motion for summary judgment by sixty (60) days. (ECF No. 13.) Plaintiff proffers an extension from December 13, 2023 to February 12, 2024 is necessary because Plaintiff's counsel has eighteen merit briefs due in December 2023. (Id. at 2.) Plaintiff's counsel contends he requires additional time to brief the instant issues thoroughly for the Court's consideration. (Id.) This is the parties' first request to modify the scheduling order. The Court is satisfied that good cause exists to grant the stipulated extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order (ECF No. 13) is GRANTED;

2. Plaintiff shall file an opening brief on or before February 12, 2024; and

///

///

1

3. All other dates in the Court's scheduling order (ECF No. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 29, 2023**

UNITED STATES MAGISTRATE JUDGE